Welcome to the Official Site of the Illinois Courts


 
 
 
 
 
  
 
 
 Your browser does not support script
 
 
 
 
 Loading

 
 
 

 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 





 
 Quick Links
 
 Supreme Court
 Opinions
 Docket
 Anticipated Opinions
 Orders and Announcements
 Leave to Appeal Dispositions
 Rules
 Oral Argument Calendars
 Oral Argument Audio & Video
 Judicial Events
 Supreme Court Electronic Filing Service
 Extended Media Coverage Pilot Programs
 Annual Report of the Illinois Courts
 E-Pay Law License Fee
 Appellate Court
 Opinions
 Rule 23 Orders
 Oral Argument Calendars
 Oral Argument Audio
 Circuit Court
 Chief Judges & Administrative Staff
 Judges & Associate Judges
 
 Employment Opportunities
 Legal Community 
Standardized Forms
 
 Supreme Court Rules Committee Public Hearings
 Illinois Pattern Jury Instructions-Civil - 190.00 The Nursing Home Care Act - New section approved May and July 2014; B31.08, 31.08.01B, B31.08.02, 45.04A, 45.04B & 45.04C - approved May 2014 
 Illinois Pattern Jury Instructions-Criminal - 1.01, 13.77, 13.78, 13.81, 18.15, 18.16, 18.35K, 18.35L, 18.35M & 18.35N- approved July 18, 2014 
 Bar Admission Ceremonies 
 Illinois Code of Judicial Conduct
 Illinois Rules of Evidence
 Illinois Rules of Professional Conduct of 2010 
 Illinois Supreme Court Historic Preservation Commission 
 Minimum Continuing Legal Education Board (MCLE)
 Commission on Professionalism 
 Attorney Registration Information (ARDC site)
 Rules of Procedure for the Board of Admission to the Bar and the Committee on Character and Fitness (Illinois Board of Admissions to the Bar site)
 Bar Exam & Admission (Illinois Board of Admissions to the Bar site)
 Resolution Systems Institute (RSI site) 
 Pro Bono Attorney Information (Illinois Pro Bono site) 
 Standard Interrogatories (Illinois State Bar Association site) 
 Lawyers' Assistance Program (Lawyers' Assistance site) 
 Lawyers Trust Fund (Lawyers Trust Fund of Illinois site) 
 List Services Available 



 

 Latest News
 
 


 
 
Chief Justice Rita B. Garman 
welcomes you to the
Illinois Courts Website
(Video Message)
 


 Illinois & U.S. Judiciaries
 
 
 
 Illinois Court System
 United States Websites 
  


Judicial Links & Research

Illinois Circuit Courts
 Bar & Miscellaneous Associations
 Law Schools in Illinois
 State of Illinois Websites
 U.S. Government Websites
 State University Websites
 Legal Research
 Illinois Amber Alert 
 National Center for Missing & Exploited Children
 
Notifications and Services



 Chicago
 Springfield
 Mt. Vernon
 
 
 
 
 Illinois Courts Twitter Feed: 
 
List Mail Services Page: 
 
 
 
 
 Make the Illinois Courts your homepage
 
 


 E-Business Online Services



 ELECTRONIC
FILING
 
 
 E-GUILTY - 
 PLEAD & PAY YOUR TRAFFIC TICKET 
 
 
 
 Citizen Self-Help

Court Forms
 Supreme Court Policy on Access for Persons with Disabilities (Supreme Court only) 
 Petit Juror Handbook
 Grand Juror Handbook
 Consumers' Guide to Legal Help (American Bar Association site) 
 Find 
 an Illinois Attorney (Illinois Lawyer Finder site)
 A Guide to Illinois Civil Appellate Procedure (Appellate Lawyers Association site) 
 Illinois 
 Child Support Information (Illinois Child Support site)
 Has my 
 Attorney been disciplined? (ARDC Site)
 Can't Afford a Lawyer? (Illinois Legal Aid site) 
 Becoming an Adult:  Legal Rights & Responsibilities at Age 18 (Illinois Lawyer Finder site)
 Parents Guide to Juvenile Court Abuse & Neglect Proceedings (Illinois Lawyer Finder site)
 Laws Protecting Military Personnel (Illinois Lawyer Finder site) 
 
Education


 The Third Branch - A Chronicle of the Illinois Supreme Court
 Judicial Education
 Student Learning Center
 About the Courts in Illinois
 Judicial Speakers Bureau
 How Cases Proceed Thru the Courts
 How the Courts are Funded
 U.S. Constitution (Legislative Reference Bureau) 
 Illinois Constitution (Legislative Reference Bureau) 
 Understanding the Illinois Constitution (Illinois State Bar Association site)
 Law Day Information (Illinois State Bar Association site) 
 Mock Trial Resources for Teachers (Illinois State Bar Association site)
 
  
 
Copyright (c) 
State of Illinois |
Privacy Notice | Endorsement Notice | Webmaster
Your browser does not support script